# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>      v.<br><br>Sergio Antonio VILLALOBOS Jr.,<br><br>                    Defendant. | Case No.: **20MJ1683**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about May 5, 2020, within the Southern District of California, Sergio Antonio VILLALOBOS Jr., did knowingly and intentionally import 500 grams and more, to wit: approximately 3.6 kilograms (7.94 pounds), of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Vincenzo L. Zoni
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1. this 6th of May 2020.

_____
HON MICHAEL S. BERG
U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On May 5, 2020, at approximately 8:20 PM, defendant Sergio Antonio VILLALOBOS Jr., ("VILLALOBOS"), a United States citizen, applied for entry into the United States from Mexico through the San Ysidro Port of Entry in vehicle lane 20. VILLALOBOS was the driver and sole occupant of a blue 2004 Honda Civic ("the vehicle") bearing California license plates.

A Customs and Border Protection Officer ("CBPO"), who is assigned to the Anti-Terrorism and Contraband Enforcement Team, was conducting pre-primary operations when the CBPO approached VILLALOBOS and began questioning VILLALOBOS. The CBPO asked VILLALOBOS where he was headed and VILLALOBOS stated Pomona, California. VILLALOBOS gave two negative declarations to the CBPO.

While the CBPO questioned VILLALOBOS, a Canine Enforcement Officer ("CEO") was conducting pre-primary operations with a Human and Narcotics Detection Dog ("HNDD") when the HNDD alerted to the vehicle. The CEO and HNDD screened the vehicle and the HNDD alerted to the glove compartment. The CEO informed the CBPO of the alert. VILLALOBOS and the vehicle were referred for further inspection.

1

The CBPO who questioned VILLALOBOS began inspecting the vehicle. During the inspection, the CBPO discovered a plastic wrapped package behind the glove compartment. VILLALOBOS was placed in handcuffs and escorted to the security office for further inspection. The vehicle was referred for further inspection.

Further inspection of the vehicle resulted in the discovery of eight packages, weighing approximately 3.6 kgs (7.94 lbs), concealed throughout the vehicle. Packages were located in the passenger side firewall and center console. A sample of the contents of the packages was field tested, which yielded positive properties for the characteristics of methamphetamine. VILLALOBOS was placed under arrest at approximately 11:07 PM.

VILLALOBOS was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance, and was issued a Notice to Appear for June 22, 2020, at 2:00 PM.